UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**LISA NICOLE PETROCK**,

    Plaintiff,

v.                                          2:23-cv-23-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

---

# ORDER

Having obtained an award of benefits, Lisa Nicole Petrock requests a fee award pursuant to 42 U.S.C. § 406(b). (Doc. 23). Section 406(b) allows an award of a reasonable fee—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court. And for the reasons stated in Petrock's motion, the requested fee award is reasonable.

Accordingly, the unopposed fee motion (Doc. 23) is **GRANTED**, and the clerk is directed to amend the judgment in favor of Petrock to include a fee award of $8,981.50.[1]

                                        **ORDERED** on May 6, 2024.

                                        NICHOLAS P. MIZELL
                                        United States Magistrate Judge

---

[1] Because Petrock's counsel previously retained the $916.75 in fees awarded to Petrock under the Equal Access to Justice Act ("EAJA"), they must refund the EAJA fees to Petrock.